IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ERIC D. TENNELL | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv6 |
| CHAD TAYLOR, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Eric D. Tennell, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge.

Plaintiff filed what has been construed as a motion to voluntarily dismiss his claims against Tank Kandy and Mona Sheshtany. The magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends that the motion be granted and the claims against defendants Kany and Sheshtany dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I).

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The motion for partial voluntary dismissal (doc. no. 18) is **GRANTED**. The claims against defendants Kandy and Sheshtany are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I).

**SIGNED** this the 6 day of **January, 2022.**

_____
Thad Heartfield
United States District Judge