IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ERIC D. TENNELL | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv6 |
| CHAD TAYLOR | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Eric D. Tennell, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 against Chad Taylor. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge.

The defendant filed a motion to dismiss. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the motion be granted.

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court. The motion to dismiss (doc. no. 12) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

**SIGNED** this the 16 day of **March, 2022.**

_____
Thad Heartfield
United States District Judge